ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225DAE-02 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRENDA CHUNG, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at 10 o'clock and ___ min. __ M
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 21 2005

at 11 o'clock and 12 min. A M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court in the above-entitled case, Passport Number 120607906 issued at Honolulu, on October 14, 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on September 21, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    1952

Place of Birth:    China

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 1/12/06                    Signature: _____
                                              Owner of Passport

CR 02-00225DAE-02
USA vs. Brenda Chung
Receipt of Passport
p. 2

Dated at Honolulu, Hawaii on September 21, 2005.

SUE BEITIA, Clerk

By: _____
     Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                              Owner of Passport