ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 02-00225DAE-02 |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| BRENDA CHUNG, | ) | JAN 30 2006 |
| Defendant(s). | ) | at __ o'clock and __ min. __ M SUE BEITIA, CLERK |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 120539739 issued at Honolulu, on October 14, 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 30, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    November 26, 1952

Place of Birth:   China

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____   Signature: _____
                                              Owner of Passport

CR 02-00225DAE-02
USA vs. Brenda Chung
Receipt of Passport
page 2

Dated at Honolulu, Hawaii on January 30, 2006.

                        SUE BEITIA, Clerk

                By: _____
                         Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                                          Owner of Passport