ORIGINAL

LAW OFFICE OF HOWARD K. K. LUKE
Attorneys at Law
HOWARD K. K. LUKE       2049
DAVID M. HAYAKAWA       4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:  (808) 545-5000
Fax:   (808) 523-9137
Email: howardkkluke@hawaii.rr.com

Attorneys for Defendant
  BRENDA M. O. CHUNG (02)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 02 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

FEB 28 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00225 DAE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) ALLOWING TRAVEL BY |
| | ) DEFENDANT BRENDA M. O. |
| ANDY S. S. YIP,        (01) | ) CHUNG (02) |
| BRENDA M. O. CHUNG, (02) | ) |
| Defendants. | ) |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02)

IT IS HEREBY STIPULATED, by and between the parties hereto, that Defendant Brenda M. O. Chung (02) be permitted to travel from March 2, 2006 through March 5, 2006 to Los Angeles, California, to attend a meeting and promotion for business-related purposes.

DATED: Honolulu, Hawaii, 2/27/06.

_____
LESLIE E. OSBORNE, JR.
Assistant United States Attorney
Attorney for Plaintiff United States of America

_____
HOWARD K. K. LUKE
DAVID M. HAYAKAWA
Attorneys for Defendant Brenda M. O. Chung (02)

_____
JULIE WALL
U.S. Pretrial Services Officer

APPROVED & SO ORDERED:

_____
Judge of the Above-Entitled Court

Cr. No. 02-00225 DAE, U.S. v. Brenda M. O. Chung (02)
Stipulation and Order Allowing Travel by Defendant Brenda M. O. Chung (02)