ORIGINAL

LAW OFFICE OF HOWARD K. K. LUKE
Attorneys at Law
HOWARD K. K. LUKE         2049
DAVID M. HAYAKAWA       4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:  (808) 545-5000
Fax:  (808) 523-9137
Email: howardkkluke@hawaii.rr.com

Attorneys for Defendant
  BRENDA M. O. CHUNG (02)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

LODGED

MAR 0 7 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,   )   | CR. NO. 02-00225 DAE |
|---|---|
| Plaintiff,  ) | STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02) |
| vs.  ) | |
| ANDY S. S. YIP,         (01)  )  BRENDA M. O. CHUNG,  (02)  ) | |
| Defendants.  ) | |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02)

IT IS HEREBY STIPULATED, by and between the parties hereto, that Defendant Brenda M. O. Chung (02) be permitted to travel with her passport from March 16, 2006 through March 26, 2006 to Australia for the purpose of attending, with her undersigned attorney, the depositions which the prosecution has scheduled in the instant case.

Defendant may pick up her passport from the Clerk of this Court no earlier than March 14, 2006, and Defendant must return her passport to the Clerk of this Court no later than the end of the business day on March 28, 2006;

SO STIPULATED.

DATED:    Honolulu, Hawaii, Mar 7 2006.

_____
LESLIE E. OSBORNE, JR.
Assistant United States Attorney
Attorney for Plaintiff United States of America

_____
HOWARD K. K. LUKE
Attorney for Defendant Brenda M. O. Chung (02)

_____
JULIE WALL
U.S. Pretrial Services Officer

APPROVED & SO ORDERED:

_____
Judge of the Above-Entitled Court

Cr. No. 02-00225 DAE, U.S. v. Brenda M. O. Chung (02)
Stipulation and Order Allowing Travel by Defendant Brenda M. O. Chung (02)