ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | ) | CR 02-00225DAE-02 |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | |
| BRENDA CHUNG, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 120539739 issued at Honolulu, on October 14, 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 30, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:   November 26, 1952

Place of Birth:   China

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 3/15/06        Signature: _____
                                    Owner of Passport

CR 02-00225DAE-02
USA vs. Brenda Chung
Receipt of Passport
page 2


Dated at Honolulu, Hawaii on January 30, 2006.

                                SUE BEITIA, Clerk

                  By: _____
                              Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____      Signature: _____
                                                              Owner of Passport