IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE 02 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (02) BRENDA CHUNG, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at \_\_11\_\_ o'clock and \_\_10\_\_ min \_\_\_ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number **120539739** issued at **HONOLULU**, on **October 14, 1997** to the above-named defendant, was surrendered to the custody of the Clerk of court on March 28, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    1952
Place of Birth:   CHINA

Dated at Honolulu, Hawaii on March 28, 2006.

SUE BEITIA, Clerk

By: _____
     Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____   Signature: _____
                                              Owner of Passport