IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 02-00225 DAE-02 |
| Plaintiff(s), ) | |
| vs. ) | |
| (02) BRENDA CHUNG, ) | |
| Defendant(s). ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number **120539739** issued at **HONOLULU**, on **October 14, 1997** to the above-named defendant, was surrendered to the custody of the Clerk of court on March 28, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    1952
Place of Birth:   CHINA

Dated at Honolulu, Hawaii on March 28, 2006.

SUE BEITIA, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 05-01-2006    Signature: _____
Owner of Passport