HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND |
| vs. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| ANDY S.S. YIP, (01) | ) | |
| BRENDA M.O. CHUNG (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

STIPULATION AND ORDER CONTINUING TRIAL
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The parties, through counsel, stipulate as follows:

This case is currently set for trial on June 20, 2006. There have been three prior continuances of the trial date.

Defendant Andy S.S. Yip, Defendant Brenda M.O. Chung, jointly request a continuance in order that defense counsel may complete certain other cases currently set for trial and may have sufficient time to review voluminous government exhibits and records and to adequately prepare for trial.

For these reasons, the parties hereby stipulate and the court hereby orders that trial shall be continued from June 20,

2006 to November 28, 2006, at 9:00 a.m. before Judge David A. Ezra, and that the time from the current trial date of June 20, 2006 through and including November 28, 2006, shall be excluded from computation under the Speedy Trial Act.

By approving this stipulation and order, the Court finds that a continuance is necessary so that defense counsel will have adequate time to prepare for trial, taking into account the exercise of due diligence. The Court further finds pursuant to 18 U.S.C. § 3161(h)(8)(A) that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial, and that denial of a continuance would likely result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(iv).

The final pretrial conference shall be held on October 30, 2006, at 10:00 a.m. before Magistrate Judge Leslie E. Kobayashi.

Defendants' motions are due by September 1, 2006, and the government's response is due by September 15, 2006.

//
//
//
//
//

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____.

_____          _____
HOWARD T. CHANG                           HOWARD K.K. LUKE, ESQ.
Attorney for Defendant                    Attorney for Defendant
ANDY S.S. YIP                             BRENDA M.O. CHUNG

                                          _____
                                          LESLIE E. OSBORNE, ESQ.
                                          Asst. U.S. Attorney
                                          Attorney for Plaintiff
                                          UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

_____          MAY 2 4 2006
UNITED STATES DISTRICT JUDGE

---

UNITED STATES OF AMERICA v. ANDY S.S. YIP and BRENDA M.O. CHUNG, CR. NO. CR02-00225 DAE

STIPULATION AND ORDER CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT