ORIGINAL

CC:USPO
USA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (02) BRENDA CHUNG, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at ___ o'clock and ___ min, ___ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District
Judge in the above-entitled case, Passport Number 120539739 issued at
HONOLULU, HI, on OCTOBER 14, 1997 to the above-named defendant, was
surrendered to the custody of the Clerk of court on May 31, 2006 and the
defendant is not to apply for the issuance of a passport during the pendency of
this action. Dated at Honolulu, Hawaii on May 31.

SUE BEITIA, CLERK

By:_____Deputy Clerk

_____

This will acknowledge receipt of Passport Number  previously surrendered to the Court
pursuant to a prior Order of Court.

Date: _____          Signature: _____
                                                        Owner of Passport