LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE        2049
DAVID M. HAYAKAWA        4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:    (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
  BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02) |
| vs. | ) ) ) | |
| ANDY S. S. YIP,        (01) BRENDA M. O. CHUNG,   (02) | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02)

IT IS HEREBY STIPULATED, by and between the parties hereto,

that Defendant Brenda M. O. Chung (02) be permitted to travel from June 28, 2006

through July 3, 2006, to Los Angeles, California, and Las Vegas, Nevada, for business-related purposes.

DATED:   Honolulu, Hawaii, June 21, 2006.

/s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Assistant United States Attorney
Attorney for Plaintiff United States of America


/s/ Howard K. K. Luke
HOWARD K. K. LUKE
Attorney for Defendant Brenda M. O. Chung (02)


/s/ Julie Wall
JULIE WALL
U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 23, 2006


Cr. No. 02-00225 DAE, U.S. v. Brenda M. O. Chung (02)
Stipulation and Order Allowing Travel by Defendant Brenda M. O. Chung (02)