LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE          2049
DAVID M. HAYAKAWA          4522
841 Bishop Street, Suite 2022
Honolulu, Hawai`i 96813
Tel.:   (808) 545-5000
Fax:    (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
  BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00225 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | ALLOWING TRAVEL BY |
| vs. | ) | DEFENDANT BRENDA M. |
| | ) | CHUNG (02) |
| ANDY S. S. YIP,          (01) | ) | |
| BRENDA M. O. CHUNG,   (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02)

IT IS HEREBY STIPULATED, by and between the parties

hereto, that Defendant Brenda M. O. Chung (02) be permitted to travel from

July 18, 2006  through July 27, 2006, to Nashville, Tennessee, in order to

assist her cousin who will be undergoing surgery in Nashville, Tennessee.

        DATED:     Honolulu, Hawai`i, July 10, 2006.


/s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Assistant United States Attorney
Attorney for Plaintiff United States of
America


/s/ Howard K. K. Luke
HOWARD K.  K.  LUKE
Attorney for Defendant Brenda M. O.
Chung (02)


/s/ Anthony L. Barry for Julie Wall
JULIE WALL
U.S. Pretrial Services Officer


IT IS SO APPROVED AND ORDERED:

Leslie E. Kobayashi
United States Magistrate Judge


Cr. No. 02-00225 DAE, U.S. v. Brenda M. O. Chung (02)
Stipulation and Order Allowing Travel by Defendant Brenda M. O. Chung (02)