ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (02) BRENDA CHUNG, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at 12 o'clock and 10 min __M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120539739 issued at HONOLULU, HI, on OCTOBER 14, 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 31, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. Dated at Honolulu, Hawaii on May 31.

SUE BEITIA, CLERK

By: _____ Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 8/10/2006           Signature: _____
                                    Owner of Passport