ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE 02 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRENDA CHUNG, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at 11 o'clock and ___min. ___
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120539739 issued at Honolulu, HI, on October 14, 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on September 18, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:    1952

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____  Signature: _____
                                                                                          Owner of Passport

Place of Birth:     China

Dated at Honolulu, Hawaii on September 18, 2006.

                            SUE BEITIA, Clerk

                            By: _____
                                  Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____     Signature: _____
                                                               Owner of Passport