# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | USA vs. (01) ANDY S.S. YIP<br>USA vs. (02) BRENDA M.O. CHUNG |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K.K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/30/2006 | TIME: | 10:08-10:13 |

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE held.**
Defendants (01) Andy S.S. Yip and (02) Brenda M. O Chung not present, presence waived.

Jury Trial before Judge David Alan Ezra on November 28, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 6 day(s)

Defendant: (01) Andy S.S. Yip - 2 day(s)
Defendant: (02) Brenda M.O. Chung - 1 to 2 day(s)

**Motions in Limine:**
**The United States: 0.**
**Defendant: (01) Andy S.S. Yip: 4.**
**Defendant: (02) Brenda M.O. Chung: 1 to 2.**

1 Government witness needs an interpreter in the Chinese dialect.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (01) Andy S.S. Yip and (02) Brenda M.O. Chung

1. <u>Fed. R. Evid. 404(b)</u> : November 1, 2006
2. a. Motions in Limine filed and served by : November 8, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: November 13, 2006.
3. <u>Brady and Giglio Material</u> by: November 8, 2006
4. a. Jury Instructions exchanged by November 8, 2006.
   d. Filings required by 4(b) & (c) by: November 15, 2006.
5. Witness Lists per stipulation by November 21, 2006.
6. <u>Exhibits</u>
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by November 15, 2006.
8. <u>Voir Dire Questions</u>: In writing by November 15, 2006.
9. <u>Trial Briefs</u>: by November 15, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: CR Final Pretrial Order to be issued
12. N/A

Submitted by: Warren N. Nakamura, Courtroom Manager

Submitted by: Warren N. Nakamura, Courtroom Manager

CR NO. 02-00225DAE;
USA vs. (01) ANDY S.S. YIP
USA vs. (02) BRENDA M.O. CHUNG;
Final Pretrial Conference Minutes
10/30/2006