ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE 02 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRENDA CHUNG, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 8 2006

at 11 o'clock and ___ min. ___
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate

Judge in the above-entitled case, Passport Number 120539739 issued at

Honolulu, HI, on October 14, 1997 to the above-named defendant, was

surrendered to the custody of the Clerk of court on September 18, 2006 and the

defendant is not to apply for the issuance of a passport during the pendency of

this action.  The subject passport bears the following additional information

regarding the bearer:

Date of Birth:      1952

---

This will acknowledge receipt of Passport Number  previously surrendered, to the Court
pursuant to a prior Order of Court.

Date: January 12, 2007          Signature: _____

Owner of Passport

Place of Birth:    China

Dated at Honolulu, Hawaii on September 18, 2006.

SUE BEITIA, Clerk

By: _____
         Deputy Clerk

_____

This will acknowledge receipt of Passport Number  previously surrendered to the Court
pursuant to a prior Order of Court.

Date: _____        Signature: _____
                                                                                    Owner of Passport