# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/29/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00225DAE |
| CASE NAME: | USA v. (01) Andy S.S. Yip and (02) Brenda M.O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | (01) Hoard T. Chang, (02) Howard K.K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/29/2007 | TIME: | 10:09 - 10:15 |

COURT ACTION: Final Pretrial Conference as to (01) Andy S.S. Yip and (02) Brenda M.O. Chung - defts' presence waived. Court to prepare order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on February 21, 2007 at 9:00 a.m.

Representations by counsel on trial time:
The United States: 7 days.
Defendant (01) Andy S.S. Yip: 2 days.
Defendant (02) Brenda M.O. Chung: 2 days.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants.

1. Fed. R. Evid. 404(b) : NA
2. a. Motions in Limine filed and served by: February 7, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: February 12, 2007.
3. Brady and Giglio Material by: completed.
4. a. Jury Instructions exchanged by February 7, 2007.
   d. Filings required by 4(b) & (c) by: February 14, 2007.
5. Witness Lists per stipulation by February 14, 2007.
6. Exhibits
   a. Parties will exchange exhibits.

       b.     Original exhibits tabbed and in binders, copy in binders.
7.    Stipulations: In writing and filed by February 12, 2007.
8.    Voir Dire Questions: In writing by February 12, 2007.
9.    Trial Briefs: by February 12, 2007.
10.   Jencks Disclosures by the Friday before trial
11.   Other Matters:
12.   N/A

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CR 02-00225DAE
;
USA v. (01) Andy S.S. Yip and (02) Brenda M.O. Chung;
Final Pretrial Conference Minutes
01/29/2007