

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE (02) |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| Brenda Chung, | ) | JAN 29 2007 |
| Defendant(s). | ) | at __ o'clock and __ min __ M SUE BEITIA, CLERK |

### NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120539739 issued at Honolulu Hawaii, on October 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 29, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:   1952

Place of Birth:   China

Dated at Honolulu, Hawaii on January 29, 2007.

SUE BEITIA, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number   previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____     Signature: _____
                                                    Owner of Passport