LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE        2049
DAVID M. HAYAKAWA        4522
841 Bishop St., Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:   (808) 523-9137
Email:   howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00225 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT BRENDA M. O. |
| | ) | CHUNG'S (02) MOTION IN |
| vs. | ) | LIMINE NO. 1; DECLARATION |
| | ) | OF COUNSEL; MEMORANDUM |
| | ) | OF LAW; CERTIFICATE OF |
| ANDY S. S. YIP,        (01) | ) | OF SERVICE |
| BRENDA M. O. CHUNG,   (02) | ) | |
| | ) | |
| Defendants. | ) | *EX PARTE* MOTION TO SHORTEN |
| | ) | TIME TO HEAR DEFENDANT |
| | ) | BRENDA M. O. CHUNG'S (02) |
| | ) | MOTION TO SEVER; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Trial:        February 21, |
| | ) | Judge:        David E. Ezra |
| | ) | |

*EX PARTE* MOTION TO SHORTEN TIME TO HEAR
DEFENDANT BRENDA M. O. CHUNG'S (02) MOTION TO SEVER

Comes now Defendant, Brenda M. O. Chung, by and through her undersigned attorney, and hereby moves this Honorable Court *ex parte* for an order shortening the time within which to hear Defendant Brenda M. O. Chung's (02) Motion to Sever filed contemporaneously herewith.

This motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure and is based upon the Declaration of Counsel appended hereto and incorporated by reference herein.

DATED:    Honolulu, Hawaii, February 7, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)