IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00225 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S. S. YIP,          (01) | ) | |
| BRENDA M. O. CHUNG,  (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DECLARATION OF COUNSEL

HOWARD K. K. LUKE, states as follows:

1.     Declarant is licensed to practice law before this Honorable

Court and is the attorney representing Defendant, Brenda M. O. Chung (02), in the

above-entitled matter;

2.     Declarant has reviewed the records and files pertaining to the

above-entitled matter and is informed and believes:

3.     The bases for the instant motion is contained in Defendant

Brenda M. O. Chung's (02) Motion for Severance filed contemporaneously

herewith.

I, Howard K. K. Luke, declare under penalty of law that the foregoing

is true and correct.

DATED:    Honolulu, Hawaii, February 7, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
Declarant