LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE        2049
DAVID M. HAYAKAWA     4522
841 Bishop St., Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:   (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00225 DAE |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT BRENDA M. O. CHUNG'S (02) MOTION TO |
| vs. | ) ) | SEVER; DECLARATION OF COUNSEL; MEMORANDUM |
| ANDY S. S. YIP, (01) BRENDA M. O. CHUNG, (02) | ) ) ) ) | OF LAW; EXHIBIT A; CERTIFICATE OF SERVICE |
| Defendants. | ) ) | Trial:   February 21, 2007 Judge:  David A. Ezra |

DEFENDANT BRENDA M. O. CHUNG'S (02) MOTION TO SEVER

Comes now Defendant, Brenda M. O. Chung (02), by and through her undersigned counsel, and hereby moves this Honorable Court for an order severing Defendant Brenda M. O. Chung's (02) trial from that of Defendant Andy S. S. Yip (01) in the above-referenced matter.

- 2 -

In the alternative, Defendant Chung moves this Honorable Court for an order severing the trial of counts 1, 2, and 3 of the Second Superseding Indictment in the above-referenced case from counts 4 through 9.

This motion is made pursuant to Rules 2, 12(3)(B), 14(a), and 47 of the Federal Rules of Criminal Procedure, Rules 102, 105, 402, 403, and 404(b) of the Federal Rules of Evidence, the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, the Declaration of Counsel and Exhibit A appended hereto, and such evidence that may be adduced and argument that may be heard at the hearing of the instant motion.

DATED:   Honolulu, Hawaii, February 7, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)