IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>ANDY S. S. YIP,            (01) )<br>BRENDA M. O. CHUNG, (02) )<br>)<br>   Defendants. )<br>_____ ) | CR. NO. 02-00225 DAE<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served as follows:

Served electronically through CM/ECF:
LESLIE E. OSBORNE, JR., A.U.S.A.                                             February 7, 2007
les.osborne@usdoj.gov
Attorney for Plaintiff UNITED STATES OF AMERICA

Served by first class mail:
HOWARD T. CHANG                                                                   February 7, 2007
Attorney at Law A Law Corporation
1001 Bishop St Ste 700
Honolulu, HI 96813
Attorney for Defendant ANDY S. S. YIP (01)

         DATED:    Honolulu, Hawaii, February 7, 2007.

                                                         /s/ Howard K. K. Luke                    
                                                         HOWARD K. K. LUKE