LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE          2049
DAVID M. HAYAKAWA          4522
841 Bishop St., Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:    (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANT BRENDA M. O. |
| | ) | CHUNG'S (02) MOTION IN |
| vs. | ) | LIMINE NO. 1; DECLARATION |
| | ) | OF COUNSEL; MEMORANDUM |
| ANDY S. S. YIP,         (01) | ) | OF LAW; CERTIFICATE OF |
| BRENDA M. O. CHUNG,  (02) | ) | OF SERVICE |
| | ) | |
| Defendants. | ) | Trial:   February 21, 2007 |
| | ) | Judge:   David A. Ezra |

DEFENDANT BRENDA M. O. CHUNG'S (02) MOTION IN LIMINE NO. 1

　　　　　Comes now Defendant, Brenda M. O. Chung (02), by and through her

undersigned counsel, and hereby moves this Honorable Court to exclude the

following evidence from the government's case-in-chief at trial in the instant case:

　　　　　Testimonial or documentary evidence relating to any "bad acts" as
　　　　　defined in Federal Rules of Evidence Rule 404(b), involving
　　　　　Defendant.

- 2 -

Testimonial or documentary evidence relating to any unfavorable evidence against Defendant which may not technically be considered "bad acts" under Federal Rules of Evidence Rule 404, but which should nevertheless be excluded as irrelevant under Federal Rules of Evidence Rule 402, or as unfairly prejudicial under Federal Rules of Evidence Rule 403.

This motion is made pursuant to Rules 2, 12(3)(B), 14(a), and 47 of the Federal Rules of Criminal Procedure, Rules 102, 105, 402, 403, and 404(b) of the Federal Rules of Evidence, the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, the Declaration of Counsel and Memorandum of Law appended hereto, and such evidence that may be adduced and argument that may be heard at the hearing of the instant motion.

DATED: Honolulu, Hawaii, February 7, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)