IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00225 DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| ANDY S. S. YIP,       (01) ) | |
| BRENDA M. O. CHUNG, (02) ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DECLARATION OF COUNSEL

HOWARD K. K. LUKE, states as follows:

1) Declarant is licensed to practice law before this Honorable Court and is the attorney representing Defendant, Brenda M. O. Chung.

2) That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I, Howard K. K. Luke, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 7, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
Declarant