LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE          2049
DAVID M. HAYAKAWA      4522
841 Bishop St., Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:   (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
  BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
|---|---|---|
| Plaintiff, | ) ) ) | JOINDER OF DEFENDANT BRENDA M. O. CHUNG IN DEFENDANT ANDY S. S. YIP'S MEMORANDUM IN OPPOSITION TO UNITED STATES' MOTION TO DISQUALIFY HOWARD CHANG FILED FEBRUARY 20, 2007; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| ANDY S. S. YIP,         (01) BRENDA M. O. CHUNG,  (02) | ) ) ) | |
| Defendants. | ) ) | |
| | ) ) ) ) | DATE:   February 28, 2007 TIME:   9:45 a.m. JUDGE:  David A. Ezra |

JOINDER OF DEFENDANT BRENDA M. O. CHUNG
IN DEFENDANT ANDY S. S. YIP'S MEMORANDUM IN
OPPOSITION TO UNITED STATES' MOTION TO
DISQUALIFY HOWARD CHANG FILED FEBRUARY 20, 2007

- 2 -

Defendant Brenda M. O. Chung, pursuant to LR 7.9 and CrimLR 12.3, hereby joins in Defendant Andy S. S. Yip's Memorandum in Opposition to United States' Motion to Disqualify Howard Chang, filed on February 20, 2007.

DATED:   Honolulu, Hawaii, February 21, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)