IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S. S. YIP, (01) | ) | |
| BRENDA M. O. CHUNG, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served as follows:

Served electronically through CM/ECF:
LESLIE E. OSBORNE, JR., A.U.S.A.                         February 21, 2007
les.osborne@usdoj.gov
Attorney for Plaintiff UNITED STATES OF AMERICA

Served by hand delivery:
HOWARD T. CHANG                                          February 21, 2007
Attorney at Law A Law Corporation
1001 Bishop St Ste 700
Honolulu, HI 96813
Attorney for Defendant ANDY S. S. YIP (01)

DATED:    Honolulu, Hawaii, February 21, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE