LAW OFFICE OF HOWARD K. K. LUKE
Attorneys at Law

HOWARD K. K. LUKE          2049
DAVID M. HAYAKAWA          4522
Davies Pacific Center
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:    (808) 545-5000
Fax:     (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00225 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | ALLOWING TRAVEL BY |
| vs. | ) | DEFENDANT BRENDA M. O. |
| | ) | CHUNG (02) |
| ANDY S. S. YIP,          (01) | ) | |
| BRENDA M. O. CHUNG,   (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER ALLOWING
### TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02)

IT IS HEREBY STIPULATED, by and between the parties hereto,

that Defendant Brenda M. O. Chung (02) be permitted to travel with her passport

from April 3, 2007 to and including April 15, 2007, to Sydney, Brisbane, Perth,

Alice Springs, and Melbourne, Australia, to visit her friends and family.

IT IS FURTHER STIPULATED that:

(1)     Prior to the obtaining of her passport and departure from the jurisdiction of this Court, Defendant shall provide to Pretrial Services a complete and detailed itinerary of her travel, including all dates and places where she shall be throughout the period of her travel, and shall provide such other information requested by Pretrial Services;

(2)     Defendant may pick up her passport from the Clerk of this Court no earlier than March 30, 2007, and Defendant must return her passport to the Clerk of this Court no later than April 17, 2007;

(3)     There shall be no contact, either directly or indirectly, by Defendant or by any person acting on her behalf, with the Government's cooperating witness named "E.D." in it's second superseding indictment;

(4)     Any variance from the itinerary provided by Defendant to Pretrial Services shall constitute a violation of this Court's order, and any contact with the person referenced in paragraph 2 hereinabove, in any manner described in paragraph 2 hereinabove, shall constitute a violation of this order;

(5)     Any violation of this order shall subject Defendant to a revocation of her pretrial release in this case;

(6)     Any violation of this order shall subject Defendant to additional penalties as provided by law in the instant case;

(7)    Any violation of this order shall subject Defendant to new and additional charges in a separate criminal proceeding as provided by law.

SO STIPULATED.

DATED:    Honolulu, Hawaii, March 20, 2007.


/s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR., A.U.S.A.
Attorney for Plaintiff United States of America


/s/ Howard K. K. Luke
HOWARD K.  K.  LUKE
Attorney for Defendant Brenda M. O. Chung (02)


/s/ Julie Wall
JULIE WALL, U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

 

Kevin S.C. Chang
United States Magistrate Judge


Cr. No. 02-00225 DAE, U.S. v. Brenda M. O. Chung (02)
Stipulation and Order Allowing Travel by Defendant Brenda M. O. Chung (02)