IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

APR 0 3 2007

at _10_ o'clock and _____ min. A M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE (02) |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Brenda Chung , | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 9 2007

at _____ o'clock and _____ min. _ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case,

Passport Number 120539739 issued at Honolulu Hawaii, on October 1997 to the above-named defendant, was

surrendered to the custody of the Clerk of court on January 29, 2007 and the defendant is not to apply for the

issuance of a passport during the pendency of this action.  The subject passport bears the following additional

information regarding the bearer:

Date of Birth:     1952

Place of Birth:    China

Dated at Honolulu, Hawaii on January 29, 2007.

SUE BEITIA, Clerk

By:_____
Deputy Clerk

This will acknowledge receipt of Passport Number  previously surrendered to the Court
pursuant to a prior Order of Court.

Date: _April 3, 2007_     Signature:_____
Owner of Passport