

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 02-00225 DAE (02) |
| ) | |
| Plaintiff(s), ) | |
| ) | FILED IN THE |
| vs. ) | UNITED STATES DISTRICT COURT |
| ) | DISTRICT OF HAWAII |
| Brenda Chung, ) | APR 1 7 2007 |
| ) | at __ o'clock and __ min. __ M |
| Defendant(s). ) | SUE BEITIA, CLERK |
| ) | |

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120539739 issued at Honolulu Hawaii, on October 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 17, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:   1952

Place of Birth:   China

Dated at Honolulu, Hawaii on April 17, 2007.

SUE BEITIA, Clerk

By:_____
Deputy Clerk

_____

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                              Owner of Passport