LAW OFFICE OF HOWARD K. K. LUKE
Attorneys at Law

HOWARD K. K. LUKE            2049
DAVID M. HAYAKAWA        4522
Davies Pacific Center
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:    (808) 545-5000
Fax:    (808) 523-9137
Email:  howardkkluke@hawaii.rr.com
Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | ALLOWING TRAVEL BY |
| vs. | ) | DEFENDANT BRENDA M. O. |
| | ) | CHUNG (02) |
| ANDY S. S. YIP,       (01) | ) | |
| BRENDA M. O. CHUNG, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT BRENDA M. O. CHUNG (02)

IT IS HEREBY STIPULATED, by and between the parties hereto, that Defendant Brenda M. O. Chung (02) be permitted to travel for business-related purposes from May 17, 2007 through May 21, 2007, to the islands of Maui and Lanai, and from May 31, 2007 through June 4, 2007, to Las Vegas, Nevada.

SO STIPULATED.

DATED:   Honolulu, Hawaii, May 3, 2007.

/s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR., A.U.S.A.
Attorney for Plaintiff United States of America

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
Attorney for Defendant Brenda M. O. Chung (02)

/s/ Julie Wall
JULIE WALL, U.S. Pretrial Services Officer

APPROVED AND SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 7, 2007

Cr. No. 02-00225 DAE, U.S. v. Brenda M. O. Chung (02)
Stipulation and Order Allowing Travel by Defendant Brenda M. O. Chung (02)

2