# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR02-00225DAE |
| CASE NAME: | USA v. (01) Andy S.S. Yip |
| | (02) Brenda M.O. Chung |
| ATTYS FOR PLA: | Leslie Osborne |
| ATTYS FOR DEFT: | (01) Howard Chang |
| | (02) Howard Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 7/17/2007 | TIME: | 10:18-10:27:24am |

COURT ACTION:  EP: Final Pretrial Conference - presence waived as to defendants 01 and 02.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on **August 15, 2007 (Wednesday)** at 9:00.a.m.

<u>Representations by counsel on trial time:</u>
The United States: 8 days.  Cantonese interpreter needed and possible Mandarin interpreter needed.

Defendant: (01) Yip - 2 days.  No interpreter needed.
Defendant: (02) Chung - 2 - 4 days including cross-examination.  No interpreter needed.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. <u>Fed. R. Evid. 404(b)</u> : July 18, 2007 (none per the government)
2. a. Motions in Limine filed and served by :July 25, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: July 30, 2007.
3. <u>Brady and Giglio Material</u> by: July 25, 2007
4. a. Jury Instructions exchanged by July 25, 2007.
   d. Filings required by 4(b) & (c) by: August 1, 2007.
5. Witness Lists per stipulation by August 7, 2007.
6. <u>Exhibits</u>

       a.       Parties will exchange exhibits.
       b.       Original exhibits tabbed and in folders/binders, copy in folders/binders.
7.     <u>Stipulations</u>: In writing and filed by August 1, 2007.
8.     <u>Voir Dire Questions</u>: In writing by August 1, 2007.
9.     <u>Trial Briefs</u>: by August 1, 2007.
10.   <u>Jencks Disclosures</u> by the Friday before trial
11.   <u>Other Matters</u>:   None.
12.   N/A

Submitted by: Shari Afuso, Courtroom Manager

CR02-00225DAE;
USA v. (01) Andy S.S. Yip
      (02) Brenda M.O. Chung;
Final Pretrial Conference Minutes
7/17/2007