LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE         2049
DAVID M. HAYAKAWA         4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:    (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDY S. S. YIP,    (01)<br>BRENDA M. O. CHUNG, (02)<br><br>      Defendants. | CR. NO. 02-00225DAE(02)<br><br>DEFENDANT CHUNG'S (02)<br>PROPOSED SUPPLEMENTAL<br>JURY INSTRUCTIONS;<br>CERTIFICATE OF SERVICE<br><br>Trial:   August 15, 2007<br>Judge:  David Alan Ezra |

DEFENDANT CHUNG'S (02) PROPOSED
<u>SUPPLEMENTAL JURY INSTRUCTIONS</u>

Defendant Brenda M. O. Chung (02), hereby respectfully requests pursuant to LR51.1 and CrimLR30.1, that in addition to the agreed upon instructions and the court's standard instructions, that the jury also be given the attached proposed supplemental instructions.

DATED:    Honolulu, Hawaii, August 1, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)

DEFENDANT CHUNG'S (02) PROPOSED
SUPPLEMENTAL JURY INSTRUCTION NO.  1 


Statements by Defendant


You have heard testimony that Brenda Chung made certain statements. It is for you to decide (1) whether Brenda Chung made those statements, and (2) if so, how much weight to give to them. In making these decisions, you should consider all of the evidence about those statements, including the circumstances under which Brenda Chung may have made them.


Ninth Circuit Model Criminal Jury Instructions No. 4.1, as modified
*See also, United States v. Hoac*, 990 F.2d 1099, 1108 n.4 (9th Cir. 1993).


GIVEN     ____
REFUSED   ____
MODIFIED  ____

DEFENDANT CHUNG'S (02) PROPOSED
SUPPLEMENTAL JURY INSTRUCTION NO.  2 

Character of Defendant

You have heard evidence of the defendant's character for [*e.g.,* truthfulness, peacefulness, honesty, *etc.*]. In deciding this case, you should consider that evidence together with and in the same manner as all the other evidence in the case.

Ninth Circuit Model Criminal Jury Instructions No. 4.4
*See* Fed. R. Evid. 404(a)(1).

GIVEN     ____
REFUSED   ____
MODIFIED  ____

DEFENDANT CHUNG'S (02) PROPOSED
SUPPLEMENTAL JURY INSTRUCTION NO.  3 

<u>Testimony of Witnesses Involving Special Circumstances – Benefits, Accomplice</u>

You have heard testimony from <u>Eriko Dmitrovsky</u>, a witness who has stated that she was an accomplice or co-conspirator to the conspiracy charged in count I of the indictment.

An accomplice is one who voluntarily and intentionally joins with another person in committing a crime.

For these reasons, in evaluating <u>Eriko Dmitrovsky's</u> testimony, you should consider the extent to which or whether <u>Eriko Dmitrovsky's</u> testimony may have been influenced by these factors. In addition, you should examine <u>Eriko Dmitrovsky's</u> testimony with greater caution than that of other witnesses.

Ninth Circuit Model Criminal Jury Instructions No. 4.9 (revised 6/05), as modified. *See also*, *United States v. Tirouda*, 394 F.3d 683, 687-88 (9th Cir. 2005).

GIVEN      ____
REFUSED    ____
MODIFIED   ____