CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served as follows:

<u>Served electronically through CM/ECF</u>:
LESLIE E. OSBORNE, JR., A.U.S.A.                                August 1, 2007
les.osborne@usdoj.gov
Attorney for Plaintiff UNITED STATES OF AMERICA

<u>Served by first class mail</u>:
HOWARD T. CHANG                                                August 1, 2007
Attorney at Law A Law Corporation
1001 Bishop St Ste 700
Honolulu, HI 96813
Attorney for Defendant ANDY S. S. YIP (01)

DATED:   Honolulu, Hawaii, August 1, 2007.


                                                /s/ Howard K. K. Luke
                                                HOWARD K. K. LUKE