LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE          2049
DAVID M. HAYAKAWA       4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:    (808) 545-5000
Fax:    (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
  BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00225DAE(02) |
|  | ) |  |
| Plaintiff, | ) | DEFENDANT CHUNG'S (02) |
|  | ) | WITNESS LIST; CERTIFICATE |
| vs. | ) | OF SERVICE |
|  | ) |  |
| ANDY S. S. YIP,              (01) | ) | Trial:    August 15, 2007 |
| BRENDA M. O. CHUNG,  (02) | ) | Judge:   David Alan Ezra |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
| _____ | ) |  |

DEFENDANT CHUNG'S (02) WITNESS LIST

Defendant Brenda M. O. Chung (02), by and through her undersigned counsel, hereby submits her witness list:

- 2 -

Sandra Albano
748 Kokomo Pl.,
Honolulu, HI 96825
tel: 291-3224

Robert J. Clancey
99-1275 Waiua Pl.
Aiea, HI 96701
tel: 487-7366

Jerry Kohn
430 Lewers St., Apt. 29A
Honolulu, HI 96815
tel: 923-1317

Witnesses listed on Plaintiff United States of America's witness list and witnesses listed on Defendant Andy S. S. Yip's witness list, as well as persons referenced in Plaintiff's discovery.


DATED:    Honolulu, Hawaii, August 7, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)