CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served as follows:

Served electronically through CM/ECF:
LESLIE E. OSBORNE, JR., A.U.S.A.　　　　　　　　　　　　　　August 7, 2007
les.osborne@usdoj.gov
Attorney for Plaintiff UNITED STATES OF AMERICA

Served by first class mail:
HOWARD T. CHANG　　　　　　　　　　　　　　　　　　　　August 7, 2007
Attorney at Law A Law Corporation
1001 Bishop St Ste 700
Honolulu, HI 96813
Attorney for Defendant ANDY S. S. YIP (01)

　　　　　　　DATED:　　Honolulu, Hawaii, August 7, 2007.


　　　　　　　　　　　　　　　　　　　　/s/ Howard K. K. Luke
　　　　　　　　　　　　　　　　　　　　HOWARD K. K. LUKE