EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DEFENDANT |
| | ) | BRENDA M.O. CHUNG'S MOTION |
| vs. | ) | IN LIMINE NO. 1; CERTIFICATE |
| | ) | OF SERVICE |
| ANDY S.S. YIP,      (01) | ) | |
| BRENDA M.O. CHUNG, (02) | ) | Trial Date: August 14, 2007 |
| | ) | Judge: David Alan Ezra |
| Defendant. | ) | |
| _____ | ) | |

RESPONSE TO DEFENDANT BRENDA M.O. CHUNG'S
MOTION IN LIMINE NO. 1

Comes now the United States, who by and through these pleadings, respond to the defendant's Motion in Limine No. 1.

The government has no intention of offering any evidence within the purview of Rule 404(b) F.R.C.P.

DATED: August 9, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Leslie E. Osborne, Jr.
   LESLIE E. OSBORNE, JR.
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail:**

Howard T. Chang, Esq.
Pauahi Tower, Suite 700
1001 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
ANDY S.S. YIP

**Served electronically through CM/ECF:**

Howard K. K. Luke, Esq.
howardkkluke@hawaii.rr.com

Attorney for Defendant
BRENDA M. O. CHUNG

DATED:  Honolulu, Hawaii, August 9, 2007.

/s/ Janice Tsumoto