HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
    @hawaiiantel.net

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP, (01) | ) | |
| BRENDA M.O. CHUNG (02) | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties that the evidence would show that during the years 1995 - 1998, Defendant Andy S.S. Yip conducted an "off the books" business for the sale primarily of watches. The proceeds from these sales were received mainly in the form of Japanese yen and some travelers checks. The yen and checks were exchanged for blank Honolulu Foreign Exchange checks which were used to payoff various personal and that business' expenses. The IRS investigation would reveal that these activities resulted in a tax loss in excess of $300,000.

It is understood by the parties that this Stipulation may not be relied upon at sentencing.

DATED: Honolulu, Hawaii, Aug 10, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____
LESLIE E. OSBORNE
Asst. U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

_____
HOWARD K.K. LUKE
Attorney for Defendant
BRENDA M.O. CHUNG

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
United States District Judge

UNITED STATES OF AMERICA v. ANDY S.S. YIP, et al., CR. NO. CR02-00225 (1) DAE, STIPULATION