ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
AUG 1 0 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 1 3 2007
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| Plaintiff, | ) | STIPULATION AND ORDER; EXHIBIT "1" |
| vs. | ) | |
| ANDY S.S. YIP, (01) <br> BRENDA M.O. CHUNG, (02) | ) | Trial Date: August 14, 2007 <br> Judge: David Alan Ezra |
| Defendant. | ) | |

STIPULATION

IT IS STIPULATED by and between the parties that if called as witnesses, the contractors and sub-contractors named in Exhibit "1" to this stipulation would testify that they provided services to the defendant in regard to the construction of his residence on Hawaii Loa Ridge. The stipulation is that those witnesses in addition to the fact that they were involved in the project would identify the exhibits set out on Exhibit "1" as documents kept in the ordinary course of their business and that

the check and cash payments listed on Exhibit "1" were received by them from the defendant as payment for the services rendered.

In signing this stipulation, the defendants have reserved any and all other objections including relevancy.

DATED: 8/10/07, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

_____
HOWARD K.K. LUKE
Attorney for Defendant
BRENDA M.O. CHUNG

ORDER

This Stipulation is accepted and the Court orders all of the exhibits described in Exhibit "1" admitted into evidence as business records related to the cost of the Yip residence.

DATED: AUG 1 3 2007, at Honolulu, Hawaii.

_____
DAVID A. EZRA
United States District Judge

2