08/01/2007

**U.S. v. Andy S.S. Yip/Brenda M.O. Chung**
**List of Contractors/Sub-Contractors used to Construct Yip's Hawaii Loa Residence**

| Item No. | Exhibit Number | Name | Purpose | Check Payments | Cash Payments |
|---|---|---|---|---|---|
| 1 | 1009 | A.C.I. Distribution | Custom Windows | $39,389.59 | |
| 2 | 1010 | A/V Custom Install | Intall Television, stereo equip. | $4,864.34 | |
| 3 | BOH cks 746 & 729 | Anthony House, Inc. | Custom Window Coverings | $17,000.00 | |
| 4 | 1011 | Atlas Sales Honolulu | Rental of Scaffolding | $11,005.21 | |
| 5 | 1012 | Audio Directions Ltd. | Video Equipment | $14,937.47 | |
| 6 | 1013 | Bello's Millwork & Woodturning | Custom Woodwork | $62,464.77 | |
| 7 | 1014 | Bomanite of Hawaii Inc. | Concrete Driveway | $14,400.00 | |
| 8 | | Bowker Glass | Glass Work | | $5,000.00 |
| 9 | 1015 | Carrier Hawaii | Air Conditioner | $15,260.00 | |
| 10 | 1016 | D. Suehiro Electric | Electrician | $16,421.20 | |
| 11 | JAS | Dermot Maher | Plasterer | $10,000.00 | $22,500.00 |
| 12 | 1017 | Dial Electric Supply Co. Inc. | light fixtures, chandelier etc. | $26,845.68 | |
| 13 | 1018 | Essential Cabinet Refacing | Refacing of cabinets | $2,756.86 | |
| 14 | BOH Cks 551, 557, 571, 574, 576, 579 | Farawell, Richard | Finish Carpentry | $18,500.00 | $1,000.00 |
| 15 | 1019 | Fleetwood Aluminum Products, Inc. | Alum. Doors & windows | $12,850.00 | |
| 16 | 1020 | Glenn's Flower & Plants | Palm trees sold to Chris Zenger | $9,984.00 | |
| 17 | 1021 | Hallmark Construction Corp | Installation of kitchen cabinets | $14,150.00 | |
| 18 | 1021 | Hallmark Kitchen & Bath | Purchased Kitchen cabinets | $63,124.00 | |
| 19 | Checks 523, 529, 536, 549, 561, 590, 608, 625 | Hawaii Fabricators, Ltd. | Railings | $42,500.00 | |
| 20 | JAS | Hawaii Via Appia Inc. | Stone Tiles/Counters | $16,031.00 | |
| 21 | 1022 | intex Forms Inc. | Plastic Materials | $16,702.00 | |
| 22 | 1023 | Island Pool & Spa | Pool | $7,805.00 | |
| 23 | 1024 | Kaulana Roofing | Installation of tile roof | $17,058.44 | |
| 24 | 1025 | Pacific Home Furnishings | Carpet | $3,599.41 | |
| 25 | 1026 | Pacific Island Air Conditioning Co. Inc. | A/C | $8,800.00 | |
| 26 | 1038 | Pacific Waterfeatures Inc. | Install Lights, Spa, Computer, tile | $4,500.00 | |
| 27 | 1027 | Precision Gunite | Pool structure | $19,500.00 | |
| 28 | 1028 | Precision Industries Ltd. | Steel Studs & Frames | $32,465.57 | |
| 29 | 1030 | Raynor Pacific Overhead Door Ltd. | Garage Door | $3,698.40 | |
| 30 | 1029 | R.S.I. Roofing & Building Supply | Roofing supplies - M.C.A. Tile | $23,380.35 | |
| 31 | 1031 | Security Plumbing | Plumbing | $40,312.98 | |
| 32 | 1032 | The Final Touch | Carpet & Rugs | $26,000.00 | |
| 33 | 1033 | The Fireplace Centre | Fireplace | $2,696.66 | |
| 34 | 1034 | Tileco, Inc. | CMU & related products | $16,122.14 | |
| 35 | 1035 | Tom Catton Painting Inc. | interior painting | $15,800.00 | |
| 36 | BOA CC 649006585, BOA 649005441 | Triple T Association | Furniture | $9,475.50 | |
| 37 | 1036 | VistaWall Architectual Products C/O Al Lynch | Curtain Wall Material | $37,512.00 | |
| 38 | 1008 | W.H. Fiddler's | Plumbing Materials | $61,755.44 | |
| 39 | 1037 | William Grix Art Glass | Stained Glass | $4,623.00 | |
| 40 | | | | $764,291.01 | $28,500.00 |
| 41 | | | Total Stipulated Construction Costs | $792,791.01 | |



EXHIBIT 1

Page 1 of 1

| Exhibit No. | Description of Exhibit | Bates Number | Admitted | Stipulation | Marked |
|---|---|---|---|---|---|
| 1009 | Copies of invoices, billings and correspondences | 8870 - 8894 | | | |
| 1010 | Copies of invoices. | 8895 - 8902 | | | |
| 1011 | Copies of invoices. | 8903 - 8909 | | | |
| 1012 | Copy of invoices. | 8910 | | | |
| 1013 | Copies of invoices. | 8911 - 8915 | | | |
| 1014 | Copies of proposal and invoice. | 8916 - 8917 | | | |
| 1015 | Copies of invoices | 8918 - 8919 | | | |
| 1016 | Copies of fax summary | 8920 | | | |
| 1017 | Copies of summary of payments/invoices and copies of invoices | 8921 - 8952 | | | |
| 1018 | Copy of invoice. | 8953 | | | |
| 1019 | Copy of fax dated 04/24/2000 and copies of invoices | 8954 - 8972 | | | |
| 1020 | Copy of fax and invoice. | 8973 - 8974 | | | |
| 1021 | Copies of invoices | 8975 - 9006 | | | |
| 1022 | Copies of IntexForms Inc.'s ledger printout and copies of file numbers 9299 & 9644. | 9007 - 9059 | | | |
| 1023 | Copy of Fax and copies of invoices | 9060 - 9077 | | | |
| 1024 | Copy of fax and copies of invoices | 9078 - 9082 | | | |
| 1025 | Copies of invoices. | 9083 - 9085 | | | |
| 1026 | Copies of invoices and correspondence | 9086 - 9091 | | | |
| 1027 | Copy of invoice. | 9092 | | | |
| 1028 | Copy of summary statement and copies of invoices | 9093 - 9095 | | | |
| 1029 | Copies of invoices and correspondence | 9096 - 9102 | | | |
| 1030 | Copy of Letter dated 06/13/2001 and Attachments | 9103 - 9108 | | | |
| 1031 | Copy of summary of payments and copies of invoices | 9109 - 9122 | | | |
| 1032 | Copy of proposal and agreement contract, copy of check number 685 for $10,000.00, copy of worksheets, copies of invoice numbers 9950 and 9974. | 9123 - 9131 | | | |
| 1033 | Copy of Letter dated 08/14/2000 and copies of invoices | 9132 - 9140 | | | |
| 1034 | Copy of Letter dated 04/26/2000 and attachments | 9141 - 9152 | | | |
| 1035 | Copies of invoices and correspondence | 9153 - 9157 | | | |
| 1036 | Copies of invoices | 9158 - 9163 | | | |
| 1037 | Copy of Affidavit dated 08/02/2000 and attachments | 9164 - 9167 | | | |
| 1038 | Copy of Affidavit dated 08/21/2001 and Attachments. | 9168 - 9182 | | | |