ORIGINAL

LODGED

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

AUG 1 0 2007 *920am*

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 3 2007

at____o'clock and____min.____M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER; |
| | ) | EXHIBIT "1" |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP,    (01) | ) | |
| BRENDA M.O. CHUNG,  (02) | ) | Trial Date:  August 14, 2007 |
| | ) | Judge: David Alan Ezra |
| Defendant. | ) | |
| | ) | |

## STIPULATION

IT IS STIPULATED by and between the parties to this
trial that Exhibit "1" to this stipulation lists exhibits that
are official business records of Bank of Hawaii, made at or near
the time of the event recorded and kept in the course of the
regularly conducted business of Bank of Hawaii pursuant to their
normal business activity and meet the requirements of
admissibility set forth in Rule 803(6), Federal Rules of
Evidence.

The defendant reserves the right to raise any other objections to these exhibits other than foundation.

DATED: _8/10/07_____, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

_____
HOWARD K.K. LUKE
Attorney for Defendant
BRENDA M.O. CHUNG


ORDER

This Stipulation is accepted and the Court orders all of the exhibits described in Exhibit "1" admitted into evidence as business records of Bank of Hawaii.

DATED: _____, at Honolulu, Hawaii.

_____
DAVID A. EZRA
United States District Judge

2