LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE      2049
DAVID M. HAYAKAWA      4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:   (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00225DAE(02) |
| | ) | |
| Plaintiff, | ) | DEFENDANT CHUNG'S (02) |
| | ) | SUPPLEMENTAL WITNESS |
| vs. | ) | LIST; CERTIFICATE OF |
| | ) | SERVICE |
| ANDY S. S. YIP,          (01) | ) | |
| BRENDA M. O. CHUNG,  (02) | ) | Trial:    August 15, 2007 |
| | ) | Judge:   David Alan Ezra |
| Defendants. | ) | |
| | ) | |

DEFENDANT CHUNG'S (02) SUPPLEMENTAL WITNESS LIST

Defendant Brenda M. O. Chung (02), by and through her undersigned counsel, hereby submits her supplemental witness list:

- 2 -

Can Lee
2235 Hikino St.
Honolulu, HI 96821
tel: 285-9661


DATED:   Honolulu, Hawaii, August 14, 2007.


/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)