# MINUTES

CASE NUMBER:     CR NO. 02-00225DAE

CASE NAME:       United States of America Vs. (01) Andy S. S. Yip and (02)
                 Brenda M. O. Chung

ATTYS FOR PLA:   Leslie E. Osborne, Jr. And IRS Agent-Greg Miki

ATTYS FOR DEFT:  (01) Howard T. Chang
                 (02) Howard K. K. Luke

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 8/21/2007 | TIME: | 9:14am-ll:50am<br>1:37pm-4:08pm |

COURT ACTION: EP: Jury Trial (3rd Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody. Also present-12 Jurors and 2 Alternate Jurors.

Government Witnesses-Gerard Kohn-CST, Mark Yamanaka-CST, Greg Boaz-Video Deposition, Ivy Boaz-Video Deposition, Allan Demeter-CST and Shirley Chung-Video Deposition.

Government Exhibits-31a, 65, 66a, 66c, 67a and 3002-Admitted.

Defendant (01) Andy S. S. Yip's Exhibit-4022-Admitted.

Further Jury Trial (4th Day) continued to 8/28/2007 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager