*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

---

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
**NOT VALID UNTIL SIGNED**

**UNITED STATES OF AMERICA**

PASSPORT / PASSEPORT

Type/Catégorie: P
Code of issuing / code du pays: USA
PASSPORT NO./NO. DU PASSEPORT: 120607906

Surname / Nom: YIP
Given names / Prénoms: ANDY SIU SUI
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: [redacted]
Sex / Sexe: M
Place of birth / Lieu de naissance: HONG KONG SAR
Date of issue / Date de délivrance: 05 OCT/OCT 98
Date of expiration / Date d'expiration: 04 OCT/OCT 08
Authority / Autorité: PASSPORT AGENCY HONOLULU
Amendments/Modifications SEE PAGE 24

```
P<USAYIP<<ANDY<SIU<SUI<<<<<<<<<<<<<<<<<<<<<
1206079061USA4808086M0810049<<<<<<<<<<<<<<6
```

EXHIBIT 3004

