

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/ national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté, et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT

Type/Cate: P
Code of issuing / code du pays: USA
PASSPORT NO./NO. DU PASSEPORT: 120539739

Surname / Nom: CHUNG
Given names / Prénoms: BRENDA MEI OI
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: [redacted]
Sex / Sexe: F
Place of birth / Lieu de naissance: CHINA
Date of issue / Date de délivrance: 14 OCT/OCT 97
Date of expiration / Date d'expiration: 13 OCT/OCT 07
Authority / Autorité: PASSPORT AGENCY HONOLULU
Amendments/Modifications: SEE PAGE 24

P<USACHUNG<<BRENDA<MEI<OI<<<<<<<<<<<<<<<<<<<
1205397393USA5211261F0710138<<<<<<<<<<<<<<4

**EXHIBIT** 3005

