# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. and IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/7/2007 | TIME: | 9:00am-12:00pm<br>1:30pm-4:30pm |

COURT ACTION: EP: Further Jury Trial (10th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody. Also present-12 Jurors and 2 Alternate Jurors.

Defendant Andy Yip's Witnesses-Roger Epstein, Akiko Coleman(deposition read into the record), Can Lee.

Defendant Andy Yip's Exhibits-4032, 4015, 4016, 4017-Admitted.

Court Voir Dires Defendant Andy Yip about testifying.

Defendant Andy Yip rests case.

Defendant Brenda Chung's Witnesses-Can Lee, Sandra Albano, Defendant Brenda Chung.

Further Jury Trial (11th Day) continued to 9/11/2007 @9:00 a.m.

Submitted by: Theresa Lam, Courtroom Manager