LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE        2049
DAVID M. HAYAKAWA        4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:   (808) 523-9137
Email:  howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00225DAE(02) |
| ) | |
| Plaintiff, ) | DEFENDANT CHUNG'S (02) |
| ) | PROPOSED SUPPLEMENTAL |
| vs. ) | JURY INSTRUCTION; |
| ) | CERTIFICATE OF SERVICE |
| ANDY S. S. YIP,         (01) ) | |
| BRENDA M. O. CHUNG,  (02) ) | Trial:   August 15, 2007 |
| ) | Judge:  David Alan Ezra |
| Defendants. ) | |
| ) | |
| _____) | |


DEFENDANT CHUNG'S (02) PROPOSED
SUPPLEMENTAL JURY INSTRUCTION

Defendant Brenda M. O. Chung (02), hereby respectfully requests pursuant to LR51.1 and CrimLR30.1, that in addition to the agreed upon instructions and the court's standard instructions, that the jury also be given the attached proposed supplemental instruction.

DATED:   Honolulu, Hawaii, September 11, 2007.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)

DEFENDANT CHUNG'S (02) PROPOSED
SUPPLEMENTAL JURY INSTRUCTION NO.  4 

## Multiple Conspiracies

You must decide whether the conspiracy charged in the indictment existed, and, if it did, who at least some of its members were. If you find that the conspiracy charged did not exist, then you must return a not guilty verdict, even though you may find that some other conspiracy existed. Similarly, if you find that any defendant was not a member of the charged conspiracy, then you must find that defendant not guilty, even though that defendant may have been a member of some other conspiracy.

Ninth Circuit Model Criminal Jury Instructions No. 8.17

GIVEN    ____
REFUSED  ____
MODIFIED ____

CLEAN COPY

COURT'S INSTRUCTION NO. ____


You must decide whether the conspiracy charged in the indictment existed, and, if it did, who at least some of its members were. If you find that the conspiracy charged did not exist, then you must return a not guilty verdict, even though you may find that some other conspiracy existed. Similarly, if you find that any defendant was not a member of the charged conspiracy, then you must find that defendant not guilty, even though that defendant may have been a member of some other conspiracy.