<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the dates and by the methods of service

noted below, a true and correct copy of the foregoing was duly served as follows:

<u>Served by hand delivery</u>:
Leslie E. Osborne, Jr., A.U.S.A.                    September 11, 2007
Office of the U.S. Attorney
300 Ala Moana Blvd., Room 6100
Honolulu, HI  96850
Attorney for Plaintiff UNITED STATES OF AMERICA

HOWARD T. CHANG                                September 11, 2007
Attorney at Law A Law Corporation
1003 Bishop St Ste 475
Honolulu, HI 96813
Attorney for Defendant ANDY S. S. YIP (01)

DATED:    Honolulu, Hawaii, September 11, 2007.


/s/ Howard K. K. Luke
HOWARD K. K. LUKE