ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2007

at 4 o'clock and 90 min P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00225 DAE |
|---|---|
| Plaintiff, | ) VERDICT |
| vs. | ) |
| ANDY S.S. YIP, (01) | ) |
| BRENDA M.O. CHUNG, (02) | ) |
| Defendant. | ) |

## VERDICT

We, the jury, in the above-entitled cause, find the Defendant, BRENDA M.O. CHUNG:

**AS TO COUNT 1**

____✓____ Not Guilty.         _____ Guilty.

**AS TO COUNT 2**

____✓____ Not Guilty.         _____ Guilty.

**AS TO COUNT 3**

____✓____ Not Guilty.         _____ Guilty.

DATED: __14 September__, at Honolulu, Hawaii.

SIGNED: [REDACTED]
FOREPERSON