FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 21 2007

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE (02) |
| | ) | |
| Plaintiff(s), | ) | July 9, 2007 |
| | ) | FILED IN THE |
| vs. | ) | UNITED STATES DISTRICT COURT |
| | ) | DISTRICT OF HAWAII |
| Brenda Chung, | ) | JUL 09 2007 |
| | ) | at __ o'clock and __ min. __M |
| Defendant(s). | ) | SUE BEITIA, CLERK |
| | ) | |

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120539739 issued at Honolulu, on October 14, 1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on July 9, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

   Date of Birth:    1952

   Place of Birth:   China

Dated at Honolulu, Hawaii on July 9, 2007.

SUE BEITIA, Clerk

By: _____
   Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 9/21/07        Signature: by Kawahi for Brenda Chung
                                Secretary to Howard K. K. Luke
                                Owner of Passport