FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

NOV 1 6 2007

at 2 o'clock and 55 min P M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 02-00225DAE |
| Plaintiff(s), | ) | Judgment of Acquittal |
| vs. | ) | |
| Brenda Chung, | ) | |
| Defendant(s). | ) | |

## JUDGMENT OF ACQUITTAL

On 9/14/2007, the Jury found Defendant Brenda Chung, not guilty on Counts 1, 2, and 3 of the Indictment as charged. Accordingly, judgment of acquittal on all counts is entered in favor of Defendant. All pretrial conditions pertaining to Defendant are terminated. If Defendant is in custody, Defendant is discharged, and if any bond exists it is exonerated.

Dated at Honolulu, Hawaii on    NOV 1 6 2007    .

David Alan Ezra
United States District Judge

cc: USPO, PTS, USMASD